**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6531**

---

DAVID FARRELL SULLIVAN,

Plaintiff - Appellant,

versus

COUNTY OF SPARTANBURG; JAMES HARTMAN, County
Administrator; JENNIFER WELLS, Assistant
Solicitor; HAROLD W. GOWDY, III, Solicitor;
SHERIFF, Spartanburg County; CLAY T. ALLEN,
Public Defender; SERGEANT HOPKINS; UNKNOWN
DEPUTY; LORETTA ROHER; SHANE DIEDMON; BILL
BLANTON, Sheriff, Cherokee County; UNKNOWN
DEPUTIES; LARRY POWERS, Administrator; UNKNOWN
SERGEANT; UNKNOWN LIEUTENANT,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Henry F. Floyd, District Judge.
(6:05-cv-01282-HFF)

---

Submitted: March 14, 2007        Decided: May 3, 2007

---

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Farrell Sullivan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Farrell Sullivan appeals the district court's orders adopting the recommendation of the magistrate judge and dismissing his action under 42 U.S.C. § 1983 (2000) and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm based upon the district court's and magistrate judge's conclusions that Sullivan's claims are meritless. See Sullivan v. County of Spartanburg, No. 6:05-cv-01282-HFF (D.S.C. Mar. 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED